# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MIGUEL SANTANA-LOPEZ,

    Plaintiff

    v.                                  CASE NUMBER: 03-C-976

DR. JUAN, DR. PANNKE, DR. RAJTORA,
DR. SLUSS and DR. SORRELLS,

    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment [119] is granted.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Santana-Lopez's claims against "Dr. Juan" are **DISMISSED** without prejudice.

| September 11, 2007 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |

 

s/ Rudolph T. Randa
(By) Deputy Clerk